NUMBER 13-08-00154-CR



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG



_______________________________________________________ __ 
 

EDDIE GARCIA, Appellant,


v.



THE STATE OF TEXAS, Appellee.

____________________________________________________________


On Appeal from the 319th District Court


of Nueces County, Texas.


____________________________________________________________


MEMORANDUM OPINION



Before Justices Rodriguez, Garza, and Vela 


Memorandum Opinion Per Curiam



 Appellant, Eddie Garcia, by and through his attorney, has filed a motion to dismiss
his appeal because he no longer desires to prosecute it. See Tex. R. App. P. 42.2(a). 
Without passing on the merits of the case, we grant the motion to dismiss pursuant to
Texas Rules of Appellate Procedure 42.2(a) and DISMISS the appeal. Having dismissed
the appeal at appellant's request, no motion for rehearing will be entertained, and our
mandate will issue forthwith. Pending motions, if any, are dismissed as moot.


 PER CURIAM


Do not publish. See Tex. R. App. P. 47.2(b). 

Memorandum Opinion delivered and filed

this 12th day of June, 2008.